In the Matter of the Proceeding, under the Grade Crossing Elimination Act, for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by The New York Central Railroad Company and Pines Bridge-Yorktown Heights County Highway No. 148, Located at Croton Lake Station in the Town of Yorktown, Westchester County. (Case No. 5380.) THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant; PUBLIC SERVICE COMMISSION (State Division, Department of Public Service), SUPERINTENDENT OF PUBLIC WORKS OF THE STATE OF NEW YORK, and the COUNTY OF WESTCHESTER, Respondents.— Order and determination of the Public Service Commission directing the elimination of the grade crossing on the Pines Bridge-Yorktown Heights County Highway No. 148, and directing the expense thereof to be proportionately shared by the railroad company, except for the construction of the pavement thereon, and an order after a rehearing affirming the prior order and determination, unanimously affirmed, with costs, on the authority of *Matter of Grade Crossing Elimination* (226 App. Div. 447; affd., 252 N. Y. 583) and *Matter of Creedon Grade Crossing* (231 App. Div. 531). Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

In the Matter of the Application of JAMES V. PETRILLO, Appellant, for a Peremptory Mandamus Order against THOMAS J. DOOLING, as City Clerk, and LESTER D. STICKLES, as Corporation Counsel, Respectively, of the City of Mount Vernon, New York, Respondents.— Order denying motion of petitioner for a peremptory order of mandamus unanimously affirmed as a matter of law and not in the exercise of discretion, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

In the Matter of the Application of JACK RIFKIN, Respondent, for a Mandamus Order against WILLIAM GORHAM RICE and Others, Individually and as Members of the Civil Service Commission of the State of New York, Appellants.— Order in so far as it grants an alternative order of mandamus and directs that the issues of fact raised herein be tried in Albany county unanimously affirmed, with ten dollars costs and disbursements. An issue of fact is presented as to whether the duties performed and the position occupied by petitioner were those of an investigator, grade 3. Upon the proof submitted on this issue of fact will depend the determination as to whether or not petitioner is eligible to take a promotion examination for investigator, grade 4. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.